**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 17-23999-CIV-WILLIAMS**

MSP RECOVERY CLAIMS, SERIES LLC.,

      Plaintiff,

v.

AMERICAN FAMILY INSURANCE CO.,

      Defendant.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal without prejudice.  (DE 17).  Upon review of the notice and the record, this action is **DISMISSED WITH PREJUDICE**.  All pending motions are **DENIED AS MOOT**.  The case is **REMOVED** from the trial calendar.  All deadlines and hearings are **CANCELED**.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 20 day of November, 2017.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE